FILED

February 24, 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____S. Trevino_____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL NO. MO:21-CR-043-DC |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [Vio: 18 U.S.C. §§ 922(o) & 924(a)(2) – Possession of a Machine Gun] |
| **CHRISTOPHER CAMACHO LOPEZ,** | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 922(o) & 924(a)(2)]**

On or about January 31, 2021, in the Western District of Texas, the Defendant

**CHRISTOPHER CAMACHO LOPEZ,**

did knowingly possess a machinegun, to-wit: a modified Glock, Model 17 Gen5, 9mm firearm, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

Original Signed by the
Foreperson of the Grand Jury

ASHLEY C. HOFF
UNITED STATES ATTORNEY

SHANE A. CHRIESMAN
Assistant United States Attorney